IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK,

    Petitioner,   No. CIV S-00-0807 WBS DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.   ORDER
_____/

    This petition for writ of habeas corpus was dismissed on December 20, 2002. Documents filed by petitioner in this action since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 8, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
roar0807.158